**Exhibit H**

Transcript of June 22, 1992 Interrogation of Carolyn  Momoh.

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

**#1**  Today's date is June 22, 1992, the time is 5:14 PM, this is an interview with Carolyn Momoh, of 7823 Rollingbrook Drive, Houston, Texas date of birth is 7-24-61.  The interview started at 5:15.

**#2**  What this, what this is about Carolyn, is ah a Homicide that occurred in Houston, Texas, your home town.

**Momoh:**  Georgia's home for me.

**#2**  I mean you live there.

**Momoh:**  Yeah, I live there.

**#2**  Okay.  Ah, that's what I meant.  You reside there.

**Momoh:**  Uh huh.

**#2**  And ah, Rollingwood Drive, where is that?

**Momoh:**  Rollingbrook Drive

**#2**  Rollingbrook

**Momoh:**  Southwest Houston.

**#2**  Southwest Houston.

**Momoh:**  Suburban Southwest Houston.

**#2**  It's a suburb?

**Momoh:**  Uh huh.

**#2**  How far is it from Houston?

**Momoh:**  It's, we're approximately 20 miles outside of downtown Houston.  We're a way.

**#2**  Okay.  Do you know a man Dudley?

**Momoh:**  No, I was asked that this morning.  Ahm, but now I do know some of my brothers friends, but I don't know them persay by name.

**#2**  Okay.

**Momoh:**  If I were to see them or somethin.

PAGE 1

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

#2        Let me ask you this, the van, who came, who came to Texas
          in the van? To Houston?

Momoh:    My brother AJ came to Houston, in the van and ...  I
          don't know any of those guys by name.  Let me, let me
          just ask you somethin here.

#2        Okay.

Momoh:    Because I have two small children,

#2        Right.

Momoh:    and if these guys have done what you, what I'm thinkin
          and what, what people are tellin me that they've done, I
          don't want to be next on anybody's list, do you
          understand what I'm sayin?

#2        That's the reason we need to get them off the street.

Momoh:    You understand what I'm sayin.

#2        Right.

Momoh:    Cause (inaudible) don't have any eyes, and I don't have
          time to be dodgin, hidin from anybody.

#2        I understand.

Momoh:    You know what I mean.

#2        I understand.

Momoh:    Now, whatever I can tell you in this room is gonna be
          very unpopular as far as my half-brother, and my half-
          sister's concerned.

#2        I understand.

Momoh:    But I'm not about to go to jail for anybody either.

#2        Right, I don't want you to.  And I appreciate,

Momoh:    You know

#2        but what you know, I'd appreciate it, you know, if you'd
          tell us

Momoh:    I'll tell you what I know.

PAGE 2

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

#2        In detail.

Momoh:    I will tell you what I know.

#2        Okay. Just start, I'll just let you start out and tell
          me what you know.  You know what it's about.

Momoh:    I don't particularly know anybody by name, as a matter of
          fact all of them basically look just about alike.

#2        Okay, now you say, who came, who, who, your brother ...

Momoh:    My brother A.J.

#2        A.J. now what's his name?

Momoh:    His real name? Arthur

#2        Okay.

Momoh:    His real name is Arthur.  He had a, he had a friend with
          him, ah, heavy guy, he was no more than 20, 21, I believe
          his name is Maleik.

#2        Maleik?

Momoh:    Uh huh, I believe so.

#2        Okay, did he have a nickname?

Momoh:    If he did I didn't hear it.

#2        Okay, go ahead.

Momoh:    He had another light guy with him, he had sort of green
          gray hazel color eyes, that's Dud ...

#2        Dud?

Momoh:    Uh huh, and what his whole name is, I don't know.

#2        Okay.  But you know him by, you knew him or learned

Momoh:    Of him by Dud

#2        By Dud.

Momoh:    Exactly.  There was another guy with him, Tony there were
          four of them.

PAGE 3

INTERVIEW WITH CAROLINE MOMOH 6-22-92 /66563392

**#2**      Okay, and now Tony.

**Momoh:**   I don't know anything but Tony, that's all I know.

**#2**      Do you know Tony Dunson?

**Momoh:**   I don't know his last name.  He's brother to ah, the girl
            that my half-brother's married to down here (inaudible)

**#2**      Okay.

**Momoh:**   But, I don't know his last name

**#2**      It's his brother?

**Momoh:**   but I think his, I think their last name is Parish.  Or
            their mothers last name is Parish, or something like
            that, I don't know.

**#2**      So, there were four of them?

**Momoh:**   There were four of them.

**#2**      Alright, anybody else that came in the van?

**Momoh:**   Is so I didn't see them.

**#2**      Okay, did they come to your home?

**Momoh:**   I don't know if they came directly there or what

**#2**      Okay.

**Momoh:**   when they showed up there it was very early Saturday
            morning, very very early Saturday morning.  I don't know
            what time, cause they woke me up I was asleep.  You know,
            I don't know what time.  I got up, you know, they were
            there.  Ahm, nothing unusual, you know, I talked to them
            a little bit ahm, my half-sister ah Serisa, that you all
            are probably now interviewing here, she's been in Houston
            with us probably ahm, she's been with my sister now
            probably for oh God, I guess about four, five weeks she's
            been in Houston now.

**#2**      Okay.

**Momoh:**   Ahm

**#2**      So, she didn't come with them out there?

PAGE 4

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

Momoh:     Uh uh.  Uh uh.  Contrary to popular belief.

#2        Okay, so she's been staying with you?

Momoh:     Yeah, she, she tried, she's trying to relocate there.
           You know.

#2        But she has been out there, you say.

Momoh:     Four about four or five weeks.

#2        Four or five weeks?

Momoh:     Uh huh.

#2        And she hasn't come, she hadn't come back to Tuscaloosa
          in four or five weeks?

Momoh:     Well, if she has, she made a real quick trip.

#2        Okay.

Momoh:     You know.  Ahm,

#2        I know how hard it is.  But you're doing the right thing.
          Go ahead.

Momoh:     Nothing unusual happened, you know, they ah, I got up
           that morning, I fixed breakfast for them, I mean they
           were really nice guys, they were really mannerable, you
           know, ah

#2        Okay, do you know about what time it was Carolyn when
          they got to your, when they came to your house?

Momoh:     It wasn't too long before day, I wouldn't say it was like
           1, 2, or 3 o'clock it must have been more like 4, 5,
           somethin like that.

#2        Sa, Saturday morning?

Momoh:     Saturday morning, yeah.

#2        Okay, and they were travelling in a, in a van.

Momoh:     There were travelling in the van that I ultimately drove
           here, yeah.

#2        Okay.

PAGE 5

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

Momoh:     Ah, the the sort of carmel colored deal.  They stayed
           around all Saturday, ah, they went shopping, you know,
           ahm, I don't know what they bought or anything like that,
           I mean I saw shopping bags, I I never asked, you know,
           what they bought, or anything like that.  Nothing unusual
           happened, ahm, my sister Grace ah, had to go to work for
           7 o'clock on that Saturday.  She left, she went to work.

#2         Saturday morning?

Momoh:     Saturday evening.

#2         Evening?

Momoh:     Yeah, she was working 7PM to 7AM.  Ahm, so that left me
           there, they, like I said they were out shopping, so that
           basically left me there by myself with just Serisa and
           her daughter and then I have a five year old and a four
           month, four month old son.  She later went to visit her
           little girl's ah relatives, she has relatives there, her
           little girl.

#2         Serisa?

Momoh:     Her little girl's father, aunt's are there.  So, she went
           over to visit them.

#2         You talkin about Serisa?

Momoh:     Uh huh.

#2         Is it Serisa or ...

Momoh:     It's Serisa.

#2         Serisa.

Momoh:     Uh huh.  And the daughter is Theresa.  Ahm,

#2         Okay, was, was Serisa and Grace, is it Grace or Gracie?

Momoh:     No, Gracie's my whole sister.

#2         Alright, were they there when these people arrived at
           your place?

Momoh:     My sister Grace was not, she's, she's an RN she was at
           work.

#2         Okay.

PAGE 6

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

Momoh:   But now ah, she came home probably about quarter to eight, but they were already there.

#2       Okay, was Serisa there when they arrived?

Momoh:   Ahm, yeah, she was sleepin just as I was.

#2       Anybody else?

Momoh:   A friend of mine's ah date didn't pick her up Friday night and she spent the night over there.

#2       What's her name?

Momoh:   Her name is ah Vanessa Williams.

#2       Vanessa Williams.

Momoh:   Uh huh.

#2       Okay.  Is she from here?

Momoh:   No, uh uh.

#2       Okay.

Momoh:   I think she's originally from Houston.  Ahm, that was, that was about all that was in the house.

#2       Okay.  Alright, I think it will work.  They went shopping?

Momoh:   They went shopping, ah, had bags, just jokin, you know, havin fun, I think maybe even ordered some pizza or somethin, ahm, playin with my baby, ah, just nothing really special was goin on.  You know.  I was goin to the movies to take Grace, my daughters also named Grace and I was takin her to see Batman.  We missed the 7:45 showing, so I had to go to 10:15 showing.  They left, three of them left, my brother left, Dud left, and (inaudible) Tony left, in the van, in the van, yeah, they left in the van, cause I remember tellin them be careful, you know.  Because the area of town we're in is a Jewish area, there's a lot of police around, they see out of state tags, you know, they want to pull you over all this kind of thing, I told them to be careful.  And they said they would.  I've been goin over this in my mind, I don't know if, if they left before my sister Grace went to work for 7 o'clock or after she went to work for 7, for 7 o'clock.  I don't know, quite remember that.  But

PAGE 7

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

(inaudible) three, three of them.

#2      It was before you went to the movie?

Momoh:  Yeah, oh yeah,

#2      Okay.

Momoh:  yeah, way before I went to the movie.

#2:     Okay, the three of them, and that was your brother, Arthur?

Momoh:  Uh huh.  The one that, that ah with the hazel eyes.

#2      Okay, well that's ah

Momoh:  Dud.

#2      Dud,

Momoh:  Uh huh.

#2      And ah,

Momoh:  The one they call Tony.

#2      And the one they call Tony.

Momoh:  He looks, he looks to be really young, sort of skinny built.

#2      Okay.

Momoh:  Ah,

#2      The other guy stayed there?

Momoh:  The other guy, the heavier guy, ah, Maleik, he's ah probably about my complexion he looks to be no more than 20.  He stayed there.

#2      He stayed there.

Momoh:  Uh huh.

#2      Ah,

Momoh:  I guess, I had mentioned to my brother ah, A.J. my husband and I, we're sort of going through a divorce and

PAGE 8

حسبا        ختم

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

I said to him, I said you know, I really hope Paul
doesn't come by here and bother me. He said well I'll
tell you what, he said, I'll ask Maleik to stay here with
you in case you know he comes by and tries to bother you
or somethin. So, I think that maybe that's why he stayed
there. And he just talked to me, you know, we talked and
he talked on the telephone, I think he had met some girl
or somethin at the movie, I mean at the mall, wherever
they had gone and talked on the telephone and you know,
that kind of stuff. Ahm, I asked him if he wanted to go
to the movies with us, and he said no, you know, he was
gonna stick around for a phone call from some girl. Ahm,
the same friend that had spent the night over, Vanessa,
was getting off work at 9 o'clock, she called and said
she would be there and we'd go on out to the movie at
10:15. And ah, I remember 9:30 comin and she wasn't
there, and about a quarter to 10 she showed up. And we
tried to coax Maleik into goin to the movies with us, he
said no, no, he was waitin for this girl to call. As a
matter of fact, I think he was talkin to her when we
left. And ah, the four of us went to the movies.
Myself, Vanessa, my daughter Grace, and ah my infant,
went to the movies in my car. And the only one left at
home was Maleik at my house. Ahm, which is sort of
unusual thing, because you know it's just my sister Grace
and I and my two children that live there, we really
don't trust anybody, but these fellows were real
mannerable, you know, and then they were with my half-
brothers and I said oh, what the heck. (inaudible) we
goin out to the movies, I think the movie was two hours
and I think that movie runs two hours and fifteen
minutes. Ah, we left the movie (inaudible)

#2      Hold it right there,

Momoh:     Okay.

#2      You left the movie,

Momoh:     Uh huh.

#2      Let's back up to ah, when the three of them left.

Momoh:     Uh huh.

#2      Ah, where, where, were they goin?

Momoh:     He didn't tell me where he was goin.  He didn't tell me
where he was goin.

PAGE 9

INTERVIEW WITH CAROLINE MOMOH 6-22-92 /66563392

**#2**     He tell you what their plans were or anything?

**Momoh:**  Uh uh.  And to be honest with you I didn't ask.  You know.

**#2**     Do you recall how they were dressed?

**Momoh:**  I don't want to speculate, because to be honest with you, I didn't pay particular attention you know to the way they were dressed.

**#2**     Okay.

**Momoh:**  You know, all know is all of them had on tennis shoes, they wear tennis shoes all the time.  Those big gaudy tennis shoes.  But, you know, really how they were dressed, I don't know.  I don't remember how they were dressed.

**#2**     Okay.  Alright you left, you left the movie.

**Momoh:**  We left the movie, disappointed, ah, I think we went around to two fast food places to see if they were open, see if we could get a burger or something.  And ah, we finally settled in on ah Burger King, picked up some food and came on to the house, and everybody was there.  Ah,

**#2**     Everyone was there ...

**Momoh:**  Everybody was there, ah Serisa and her daughter were back from visiting ah the little girl's relatives, ahm, AJ and Dud and and Tony, they were back, ah,

**#2**     And what time would this have been?

**Momoh:**  The movie started at what 10:15, it was supposed to run what two hours and fifteen minutes.  Ahm, so that's 11, 12:15 so the movie let out what, about 12:15, 12:30, and I guess maybe by the time I got hamburgers or somethin it was probably after one when I got home.

**#2**     Okay, and what what theater was showing Batman?

**Momoh:**  It's the ah, Lowe Cinema on Southwest Freeway.

**#2**     Okay, and you got, you caught the ah

**Momoh:**  10:15 showing of Batman

**#2**     10:15 show,

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

Momoh:    Of Batman.

#2        and you left, soon it was, soon as it was over?

Momoh:    Oh yeah, I left.

#2        Okay.

Momoh:    I left.

#2        And you went to some fast food places

Momoh:    Yeah. We stopped at ah, we actually stopped at one, we
          drove by a couple. We stopped at Whataburger, the line
          was too long, we went on over to Burger King and the line
          wasn't long at all and got the food, you know, and we
          came on home.

#2        Okay, and how much time do you think elapsed from the
          time you left the theater until you arrived home? Just
          roughly? The best you can.

Momoh:    The movie, it was probably about four miles from my
          house, and then the Burger King is real real close to my
          house, it's not like I had to drive away from it.  The
          movie, thirty-five, forty minutes after the movie was
          over I was home.

#2        Okay.

Momoh:    You know.

#2        Alright, and everyone, everyone was there.

Momoh:    Everybody was there ah, Serisa's little girl was zonked
          out asleep on the sofa, ah, she was really sort of
          sleepy, and everything.  Ah, they weren't really doin
          particularly anything, they were just sort of layin
          around.  You know.  They wasn't really doin anything.

#2        Alright, did any of them tell you anything about what had
          happened?

Momoh:    Uh uh.  No.  I guess I had been home just a little bit,
          because I was about to eat my hamburger and ah Squirt,
          that's AJ, ahm, he asked me, he says ahm, when are you
          and Grace goin to Alabama? Because he knows that we were
          plannin on comin for the Fourth of July.  I said, well we
          plan to leave on the first, we're gonna leave on the
          first, he said well how long are you gonna be down there?

PAGE 11

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

I said I don't know. Ah, I said, ahm, reason why I said
I don't know is because I haven't gone back to work yet
from havin my baby, I've been tryin to spend as much time
with my relatives as possible. So I said, you know, I
don't know, I just don't know right now, I said it's
really up to Grace, because she, you know, she's the one
that has the schedule. So, he says well, we're gonna go
ahead and ah, and fly back to Houston, I mean fly back to
ah to ah Birmingham, he says ah, why don't ah, why don't
you and Lisa, you know just drive the van back, you know,
there would have been enough room for all of you all.
So, I said well you know, I can't do that because you
know I'd be leavin Grace out here by herself, and I
don't, I really don't do that. You know. He said, well,
you know, it's a free trip down there, you know.  He
says, ah I mean Grace can just come on later.  I thought
about it, no, I don't think I want to do that. And he
said well, look, you know, I really need you to take that
van back for me. And he kept sayin I really need you to
take that van back for me. So, I didn't want to say
anything to him, cause he was in my bedroom, ah, he was
talkin to me in front of the other three, I didn't want
to say anything in front of, you know, in front of those
guys. So, finally I told him, I said look I need to talk
to you. So we went in my sisters bedroom, I said look,
what's the deal? I said, cause you know, you're not gonna
ask me you know, to drive the van back, you know, if if
there is not somethin up.  I said, you know, because I
know that ahm, he's been in some trouble before, you
know.  I think it was something about ah, I think it was
robbery or something like that.   And first thing I
thought about was oh God, they've robbed somebody. Then
soon they gonna be here lookin for them. You know.  I
told him I said look Squirt, you know, if that van is hot
or somethin, you know, you need to let me know, I said
because I don't want to buy any trouble for myself.  You
know, I said we don't need this kind of stuff around
here, cause Grace is an R.N. and she'll loose her
license.   You know.  As far as my reputation, I'll
probably never get another job, whatever. He says, no,
you know, it's nothin like that, you know, he says I
wouldn't put you in any kind situation like that cause I
know you're goin through a divorce and everything, and my
husband wants my children you know, he knows that.  So,
you know, I don't know I guess it was just through really
talkin to me and just a lot of manipulation, he got me to
agree to bring the van back down here.  He swore to me
that van was not hot.  Cause I told him I didn't need any
trouble.   But then, Serisa didn't want to go, and she
told me she says look, that's your half-brother she says

PAGE 12

**INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392**

but it's my brother and I know him real well. I told her
I said well he told me there's nothin wrong, but I'm
tellin you you don't deal with it. All I could see was an
opportunity for a free trip down here. You know, better
than payin air fare. You know. And I talked her into
comin. But then, you know, he sort of wanted to know
when I was gonna leave. He wanted me to leave in a
hurry. I just couldn't up and leave in a hurry, with two
children, just (snapping fingers) you know like this.

#2        When did he want you to leave Carolyn?

Momoh:    He wanted me to leave like six o'clock the next morning,
          which would have been, what's today, Monday?

#2        Yeah.

Momoh:    He wanted me to leave six o'clock Sunday morning. You
          know. I said I'm not gonna leave at six o'clock Sunday
          morning, I have two children and you know, I left at 12
          mid-day, you see, and still, I'm not properly packed.
          But you know because he was askin me to leave like that,
          you know, I just just came on like that. So, you know,
          I talked it over with my sister, Grace, and she said
          well, I don't think he'll get you in any trouble or
          anything, you know. She said, you know, he probably,
          because what he told us was his Uncle had rented a van
          for him and that, what he told me, and I guess he told
          Grace too. Was that his Uncle had rented a van for him
          and he, you know, he needed to go on and get it back.
          You know, and because of his probation and stuff, he
          didn't want to be on the road with it. You know, and
          sucker that I am, I didn't want him to get in any kind of
          trouble. So, Grace said well go on and take it, you know
          because if they pull him over and everything, he's on
          probation and he'll really be in for trouble. I said
          okay. So, they flew back. And Serisa and I,

#2        When, they, they flew back, when did they, you all take
          them to the airport or something or?

Momoh:    No, uh uh. I took AJ and Tony to the airport, that
          Sunday morning, I think they had a, if I remember I got
          them to the airport early, because I had to go pick up
          diapers and stuff like that, I think I got them to the
          airport like 9:30, but their flight wasn't gonna leave
          until 10:30 somethin like that, I think they were like a
          hour early. Ahm, it's a Southwest flight. But, those
          other two guys, Dud and Maleik they left even before I
          got up that morning.

### INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

**#2**    Do you know how they, how they got ...

**Momoh:**    They called a cab, they called a cab, because I told them I wasn't gettin up that time, that early in the morning, take nobody to the airport.

**#2**    Okay, they were goin to the airport though, you understood?

**Momoh:**    I believe they went to the airport. At least they asked me to take them to the airport and I said no, I am not gettin up this early take nobody to the airport. Because see, with that many people in the house, I'm not used to havin that many people around, I had not gotten any sleep, you know, and you know they play that rappin music, and stuff, you know. And I was so tired.

**#2**    Did ah, so they went to the airport early?

**Momoh:**    Uh huh.

**#2**    That's ah Maleik and Dud?

**Momoh:**    Right. I took them to the airport like I said 9:30, dropped them off, and Lisa, Serisa kept tellin me says Carolyn, I don't know what it is she says but somethin is just not sittin right with me, she says I just don't, she said I don't know what it is she says, but somethin's not right. So, I told her, I guess I trust Squirt, because when I was goin through a divorce before back in '85 or '86 or whatever, my husband was violent and he came out and he helped me. You know what I mean. So, I guess in a way you know, I felt like I owed him, to bring the van back. But, Serisa kept tellin me there was, it was more than just what you know, he was sayin. Just, it was more than just he wanted to get him Uncle's van back. You know.

**#2**    Did he tell you?

**Momoh:**    No, and I asked him, but the only thing I asked him was is this van hot? Because I was thinkin that they had gone somewhere and robbed somebody. You know. That was my thinkin.

**#2**    He just told you it was more than just gettin the van back?

**Momoh:**    No, he never did tell me it was more than gettin the van back.

**PAGE 14**

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

**#2**  Oh, I thought that's what you said, I'm sorry.

**Momoh:**  No, no, no, no, I said Serisa was tellin me it was more than that. You know, and I said no, I don't think he would put us in jeopardy like that, I said, because he knows we're gonna be travelin, not with the children, you know, he wouldn't do that to us. Well, anyway, we left probably 12 noon, no problems you know, we came on down, just took our time, drove down. Ahm, because I asked him, I said well look, when, because I just couldn't show up here in Tuscaloosa, you know, in the middle of the night, you know, and show up at my mothers house like that. Because my mother, you know, these are children, of her marriage after they are, after my mother and father, you know what I mean? And she really doesn't, she doesn't have anything against them or anything like that, but their upbringing was just a little bit different than mine and Gracie's you know. So Mom really doesn't take to kindly to ah, to us really hanging around with them. So, it wasn't like I could show up at her house at 1 o'clock in the morning with a van, you know. And I had asked him before I left Houston, I said well look, well you know what do you want me to do with the van once I get there. He said well, you know, you just drive it, just drive it ah to Tuscaloosa, you know give me a call and I'll just come and pick it up. He says but I don't want to be in violation of my probation, and I thought that's what it was. Well, you know, we got here, I think we got here probably right at 12 midnight. 12 AM must, this morning, this is Monday. Ah, I asked Serisa, cause I haven't lived here in 12 years, I said look, where where can we live for the night, I said you know some place where you can actually go inside a building. I said I don't want to be like just walk up to the door whatever, she didn't know. So, we went, we went to Crystals got some hamburgers for the kids, no, no, went to Best Western first, I said look there's a Best Western, it looks okay. I went and I I signed in and everything, then went back to Crystals, got hamburgers and sodas for the kids and unloaded all our stuff out of the van and ah, I tried to call him, he left me what, he told me he would either be at his house, he left the number for ah for Tony, he left a number for Dud, I tried all four of them, nobody, I couldn't get anybody. You know. And Lisa said ah, she was still sayin there's somethin wrong, there's something wrong.

**#2**  Who was sayin that?

**Momoh:**  Serisa ... I call her Lisa, Serisa.

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

**#2**      Okay, it's Serisa then, okay.

**Momoh:**    She was still sayin that, you know, and I said no, no I
don't think there's anything wrong.  And when I first
knew something was up, cause I told my sister Grace too,
she didn't work that night, I said when we get to
Tuscaloosa and everything ahm, I made one call to her on
the way down, just to let her know we were okay, and
nothin had happened, cause she was concerned that we were
drivin that far with children and stuff.  You know, and
she didn't say anything adverse to me about anything, but
after we got to the hotel and I got the kids all settled
in and stuff, I called her and I said look, we're here,
we're at the Best Western, you know, la de da, la de da,
and she says Carol you know, I need to talk to you about
somethin.  And I said what is it?  She said ah, got you a
news bulletin, and I was talkin out loud and I said a
news bulletin about what?  She says, I saw the news, that
I think Grace said the news.  I think Grace said four
guys had been shot and three were dead and one was livin
and somethin like that and something about three black
males bein in a bein in a minivan with Alabama plates.
And when she said that, it just clicked.  You know.  I
sat there and I felt like a big fool, I mean felt, I
can't tell you what I felt like, you know.  So then you
know I said you know here I am sitting here in a hotel
with my children, you know, and I said look, I don't even
want to talk about it, I said you know, I can't call Mom,
you know.  I definately didn't want to call my mother,
ah, shit, you know what am I gonna do.  I said you know,
even if I wanted to get a plane and fly on out of here,
go back to Houston, we don't even have any way.  You
know, that's what I told Serisa, I said we don't have any
to get out of here.  I said you know, we're here now, we
need to contact my brother and go hey, here's your van,
I said nobody's even callin us back.  We're just stuck
with a damn van.  You know.  So, I don't know, as the
night progressed we, within two hours /he called us and
Serisa told him what Grace had said to me.  And he says
look, he dispelled the whole thing, said it wasn't true
and ahm, (inaudible) I don't know really what he said to
her on the telephone, but anyway, he made her believe ...

**END OF SIDE ONE OF TAPE ONE**

**PAGE 16**

### INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

#### SIDE TWO OF TAPE ONE

**#1**   The tape is re-started at 5:47.

**Momoh:**   So, you know, like I said he had dispelled the idea that anything was wrong, whatever, and I felt better about it.

**#2**   (inaudible)

**Momoh:**   Yeah.

**#2**   (inaudible)

**Momoh:**   (inaudible)

**#2**   Go ahead.

**Momoh:**   Let me back up, this was the really ironic thing.  And I think this is why Serisa kept telling something was wrong, because when we were packing that van to leave, I was tryin to put like, cause all I had was one just huge suitcase, because like I said he wanted me to leave and I really didn't have time to really pack.  So, I just put everything in one big suitcase for us and we were out of there.   This Dud fellow kept calling long distance, wantin to know when are you leavin.  You know, and I said to Grace, why the hell is he callin, wantin to know when am I leavin.

**#2**   Where was he callin from?

**Momoh:**   I asked him, I said, where are you, he said I'm at the crib, meaning his home I guess.  He made two phone calls to our house, before I left in that van.  And Lisa kept sayin I'm tellin you it's more than what they're sayin to us.  But no, you know, I, but I I still couldn't figure out why he was callin askin when exactly are you leavin.  And I still can't figure that out.   Why would it have been important to him when we were leavin, since they had tra ... just threw you know, the van off on us like that.

**#2**   The luggage, did they bring luggage with them?

**Momoh:**   Uh uh, they didn't have any luggage with them.  They had, you know how ah these teenagers have just ah ahm, I call them napsacks, you know, just something to put a shirt and a pair of pants in, you know the kind they just have on their shoulder here.  You know what I mean? It almost looks like a book satchel, or something.  Ahm, I know AJ had one of those I think.

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

#2      What, what I'm askin Carol ...

Momoh:   No they did not have any hand luggage.

#2      Okay, did, did you bring anything back, was anything in
        the van? That they brought there, as far as luggage or
        weapons or guns,

Momoh:   They, they had a lot of stereo equipment in the back
        seat, not in the back seat, in the ah, behind the ah
        behind the seat. There was like a trunk area back there,
        little open space back there, there was a whole lot of ah
        I didn't look at it piece by piece but when I was tryin
        to, to get the only piece of luggage I had in there, I
        had to re-arrange, it was like ah car stereo, those big
        speakers for cars. It was like they had purchased you
        know some of that ah that was some of the stuff that I
        was them comin in the house with when they went shopping.
        You know what I mean. But anyway, you know ...

#2      Did you see a weapon in the van? Any weapons?

Momoh:   Uh uh. The only thing that was in that van when we got
        in there was a small garbage bag a a a McDonalds bag.
        They had been eating and had their trash in there. That
        was all that was in that van. And ah, a baby ruth candy
        bar, that I threw out.

#2      Okay, but they took luggage with them when they left, or
        or bags?

Momoh:   Now see, the other two guys that Dud fellow and that that
        ah Maleik guy

#2      Uh huh.

Momoh:   I didn't, persay see them when they left the house, you
        see what I'm sayin.

#2      I got you.

Momoh:   So now, they could have left with a fortress and I
        wouldn't have known.

#2      Okay.

Momoh:   I don't know if they had luggage or what. But AJ, and
        Tony, that I took to the airport did not have any
        luggage. They didn't have any luggage. I really can't
        honestly say even if AJ had a little ahm, thing on his

PAGE 18

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

shoulder, you know one of those little napsack things but
I knew he had had one.

#2      Could they, could they have left any weapons at your
        home?

Momoh:  They gave me the van though.  I don't think so.

#2      To your knowledge they didn't?

Momoh:  To, to my knowledge no.

#2      But if it's there, when are you goin back?

Momoh:  Well, my sister will be down on the first, I don't know
        how long she's gonna be able to stay, you know, if she's
        gonna be able to stay four or five days or something like
        that, you know.

#2      I guess what I'm askin Carol, is it possible that ah,
        some weapons could have been left at your house without
        your knowledge.

Momoh:  Anything's possible.  But that would be sort of stupid to
        leave something at my house, knowing that I have a five
        year old.

#2      Well, they couldn't hardly carry them on the plane.  And
        if you say there's nothing in the van, that you didn't
        see anything in the van,

Momoh:  There's nothing in the van.

#2      Ah

Momoh:  There was nothing.

#2      Ah, well they could leave them anywhere, I know that but
        is it possible knowing you and AJ and everything, that
        they could have left some weapons at your home?

Momoh:  Let me say it like this, cause I don't want to lie, if
        something is left at the house, I don't have any
        knowledge of it.  And my sister Grace doesn't have any
        knowledge of it cause she would have said it to me.

#2      Okay.

Momoh:  You know ...

**PAGE 19**

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

**#2**    Alright, let's see we, I interrupted you there and I should have let you go on, I think we were ...

**Momoh:**    I just oh ah after he had called the motel, must have been about 1'ish 2'ish, something like that. And after you know, he had dispelled everything that Lisa you know, Lisa said well you know he said you know, nothing's the matter that they're not lookin for them. I just went okay, I said well you know when you gonna come get the van. He said you know, he'll come get it in the morning. Said oh, okay, so I felt fine about it, I mean I felt so fine about it I I I called a friend over and was entertaining, went out to the pool, you know, just you know, no big deal. You know, until that that ah that officer showed up at the place, you know, this morning. You know.

**#2**    Okay, and what, what happened then after the officer talked with you?

**Momoh:**    Yeah, after he talked with me, ah, he told me that someone from Homicide would be comin by. And I said well, okay, what time, I said you know, cause I want to go visit some people. He said within an hour. It was before seven when he came by, it was 6:30 ish something like that, so I stayed there probably till 9:30, you see, I didn't have any way out of there. You know, cause I told Lisa, no let me back up,

**#2**    Where was the van?

**Momoh:**    It was still parked right there at the at the ah Best Western. It was still with us.

**#2**    Okay, go ahead.

**Momoh:**    You know, cause Lisa said you know, why haven't they come and get this van. You know, you start wonderin that after the police came by, and Lisa said we are really in deep shit, she goes, they have just left us hangin out on a limb. And Lisa said you know Carol, she says you know they must have done something in that van. And she said we're gonna be caught with that van, she said you know and everything is gonna fall down on us and like I told her I said look, we haven't done anything wrong, we drove this van here, or whatever. So, she got real upset about it, she says well you know, cause she wasn't really quite sure who had even rented the van at that point, we were just told that her uncle had rented the van, but ah, and until right now I didn't know who rented the van. You

PAGE 20

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

know, I just know what I'm told. So, she said look, I'm goin somewhere and park this van, she said I don't even want this van around me. Well, she took it somewhere, over to a friend of hers house and just parked it. So, she called me from over there and said look I just wanted out about that van, she said I just want to get rid of the van, said I just can't stand to look at it. She wanted to know you know if he had called, well ironically while I was on the phone with her, a knock at the door, it's him.

#2        Who now are we talking about?

Momoh:    AJ.

#2        Okay. So, he's ...

Momoh:    And ah, the little fellow, the one that I took to the airport, ahm, with Tony.

#2        Tony.

Momoh:    So, they came in like a whirlwind, like they hadn't slept in days, you know, I was sittin on the bed, and I just looked at him. I said you told me that van wasn't hot, I said you told me that van wasn't hot, I said you let me drive down here with three children in the van, you know, I said if they had pulled me over and had questioned me about anything I said my children would have gone to Juvenile and I would have been in jail somewhere tryin to get out. You know. He was tryin to say somethin, I said look I don't even want to know, I said whatever's goin on I don't even want to know, I said but I don't appreciate the way you did me. You know. So ahm, he said look where's the van? I said Lisa's on the phone now and she says she's that she's at a friend of her's named Mary, and that's where she's got the van at. He says, well where's that? So, I asked her, I says well where are you? She said I'm in Southgate. I said, she said, Southgate, they took off and left. And I haven't seen or heard from him since then. Now, she said that he came on over there, and ah I don't know, I don't know if he got something out the van or what, but ah it was all (inaudible) She said that she saw Squirt sit in the car and she saw Maleik, and she saw Dud, but she didn't say she saw Tony. Who came over to Southgate, you know. And I asked her, I said well, did they get their stereo equipment? She said no, she said it's still out there in the van.

PAGE 21

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

#2          But, she thought they got something out of the van?

Momoh:    She thought they got something out of the van.  Cause I
asked her, I said well, did you see what they got out of
the van, and she says no, she says I didn't, she said but
they got something out of the van.  You know.  And I said
well, where did they get it from, she said Carolyn you
can't see too much from the window.  You know, she said
I didn't want them to see me lookin.  You know.  So, you
know, I started thinkin I said you know, were we ridin
around with somethin, and didn't know.  You know.  Well
then I I called my sister from the, from over there, I
you know, cause I said Grace I'm in a terrible, I'm in a
terrible predicament here.  You know, I'm here, I left
sort of haphazardly, you know, I left on ah, what Sunday,
banks not even open.  I said you know, I left with a
hundred twenty dollars on me, it's not very much you can
do with a hundred and twenty dollars, when you got
children you know with you.  One of them not mine, it's
her's or whatever.  You know, I said you know, I I need
to fly on back to Houston.  You know.  And Grace says no,
she says Carolyn don't do that, and then I started
thinkin I said well when I check out of the hotel, you
know, I said you know, I tried to stay long enough for
the Homicide Detective to come back I said, but he never
did come back.  I said I meant to leave at the desk a
number or somethin, I said but, I didn't have a number to
leave, because I said I didn't want to go to Mom's house,
you know, and they start questioning me about stuff like
that, I didn't want to leave her number and then the
brother down (inaudible) didn't have a telephone.  You
know, I said you know, so I'm just sort of up a creek
here.  So, she says well maybe you know, she just call,
I'll wire you some money and and try to get the
(inaudible) and just fly on back to Houston.  Like I told
her, I said now you know what I said I'm gonna be very
honest with you, I said, I don't know really what's goin
on, I said but you have told me enough because I called
my Aunt, in Utah, and I told her where I was, and I told
her a police officer had been by to talk to me, and she
said she had seen the news.  And I asked what did the
news say, and she basically told me the same thing my
sister Grace had told me.  And I told her, I said you
know I don't know what I'm gonna do I said because you
know I'm drivin this van.  And then she told me, she says
you know, she didn't know what to really tell me to do.
But you know, I told my sister I said you know what, I
said I know they're gonna find me, and they're gonna want
to question me, and I'd rather they question me in
Tuscaloose, Alabama than to question me in Houston,

PAGE 22

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

Texas. So, here I am.

#2     Okay, is ah, now, did you see, have you seen AJ?

Momoh:    Not since he left the hotel.

#2     Since he left the hotel.

Momoh:    Uh uh.

#2     What, what did he tell you at the hotel room? Ah, I know you said he he explained, did he tell you somethin had happened.

Momoh:    I told him, I said you do know the police is lookin for you. I said they're lookin for you, I said they're lookin for you, I was pointin at the Tony guy, you know. And he, he looked surprised, he said lookin for me too? I said yeah, they lookin for you, I said they lookin for Dud. You know. Now, I said now, I don't know what you did, I said I don't even want to know what you did, I said cause now, I think I sort of know some of the rumors, you know. So, you know, he was, he just sort of blankly stared at me and he says, where's the van?

#2     Okay. Did you tell him what you'd heard on TV? The news.

Momoh:    I don't believe I I said what I had actually heard. I don't think I actually said what I, what I heard.

#2     What was their reply when you told them, you think you know what it was, and they're lookin for you and you and you? What was their reply?

Momoh:    Tony said, me? I said yeah you. He didn't say anything, he just looked at me.

#2     AJ didn't say anything?

Momoh:    He didn't say a word, he just looked at me.

#2     Carolyn, has any, has AJ or any of them said anything to you during this whole thing, about what happened over there?

Momoh:    See, now I have not seen Dud since ahm, since I went to bed after that movie I went to.

#2     Yeah, okay.

PAGE 23

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

Momoh: Because, like I I heard them leaving the house that morning. Apparently they had called a cab, you see what I'm sayin?

#2     I got you.

Momoh: But I didn't actually see them when they left. That's why I said they could have left with six suitcases, and I wouldn't have seen them.

#2     I got you.

Momoh: You know.

#2     But, when you got back from the movie, you came in, they were there

Momoh: Uh huh.

#2     Apparently, what had happened had happened?

Momoh: Uh huh.

#2     Did you notice anything different about them?

Momoh: They were sitting when we walked in, they were all sitting in the den. Like I said Lisa's little girl was asleep on the sofa, Lisa was sort of asleep herself, ah, but she was in the kitchen or somethin gettin water or somethin. Ah, I remember AJ was sittin on the floor with his back to the sofa.

#2     Did they appear to be worried about anything? You know what I'm talking about, you can sense, somebody does something wrong ...

Momoh: I don't think they were worried about anything, because they were trying to get ahm, who was it, the the larger guy, Maleik was hungry. He was trying to get ah Lisa to go get him something to eat. Ah, wanted to order pizza, I think he was trying to order pizza or something, and he called up and the pizza place was closed or wasn't deliverin or something like that. Ahm, but he was tryin to get Lisa to go get him something to eat and she was makin jokes about you're too fat, you know, that kind of thing.

#2     In other words, how come they didn't go get something to eat? Did it, did it appear that they didn't want to leave and go back out or they say anything?

PAGE 24

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

Momoh:     That's so hard for me to say,

#2        Okay.

Momoh:     That's so hard for me to say, because see at that point, I didn't know you know.

#2        Where was the van parked when you got back from the movie?

Momoh:     When I got back from the movie, I drove my car to the movie, ah, used my garage door opener and I came in the garage, the van was parked in the garage.

#2        In the garage?

Momoh:     In our garage. It was on the left side of the garage, I parked on the right.

#2        Where was it parked when they arrived there?

Momoh:     When they got there that morn, you know the wee hours of the morning, Grace was at work, remember I said that? I cannot attest to this but they must have parked, I would assume they parked in the garage because when I went out that Saturday morning, I went somewhere that Saturday morning, and my sisters car was parked in front of the mailbox, her car was parked in front of the house. You know, there at the curb,

#2        Have you got an enclosed garage or is it open?

Momoh:     No, it's enclosed.

#2        So, you got the doors is it compound automatic doors

Momoh:     Uh huh.

#2        So it was inside

Momoh:     Well, you go, you push the thing and it opens it up and you push the thing and it closes.

#2        Do you have an automobile?

Momoh:     I do.

#2        The girl that stays there with you, what's her name?

Momoh:     Lisa. She does not have

PAGE 25

هتم                          هبتم

## INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

**#2**      Okay, the other girl?

**Momoh:**   Vanessa.

**#2**      Vanessa,

**Momoh:**   Oh, she, she doesn't live there.

**#2**      Okay, I'm sorry.

**Momoh:**   She doesn't live there.

**#2**      But, you got one automobile?

**Momoh:**   Uh huh.

**#2**      That stays in that garage?

**Momoh:**   Two automobiles stays in there, my sisters car and my car.

**#2**      Okay.  Your sisters car

**Momoh:**   But there was a vacant spot that night because my sister was at work.  You understand what I'm sayin?

**#2**      Uh huh.  Would it, would it be unusual for them to take your sisters parking in the garage?

**Momoh:**   I can't answer that, I don't know.

**#2**      What I'm tryin to say, is do you, you know, you know more than I do, was it unusual to you for them to put the van in the garage and close the doors?

**Momoh:**   I guess it really, I guess it wouldn't really be unusual for me.  You know why I say that, because Houston and you know, you leave a car out and your hubcaps are gone, you know.

**#2**      Okay.

**Momoh:**   Not necessarily in the neighborhood where we live, but now my hubcaps have been stolen before.

**#2**      Alright.

**Momoh:**   You know.  So, I I guess in that respect it wouldn't have been unusual for me.   I guess is what I'm sayin.

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #665633392

**#2**    Well, what I'm thinkin, I guess if I was visitin someone, my sister or whatever.

**Momoh:**    Well, if you were visitin me I wouldn't expect you to put your car in my garage.

**#2**    Oh, no I'm talkin about my people

**Momoh:**    Yeah.

**#2**    Well, why ah, knowing that my two sisters kept their car in their garage,

**Momoh:**    Uh huh

**#2**    The way I'd figure, that's their parking space

**Momoh:**    Uh huh

**#2**    And you know, I would ask somebody, could I put my car in the garage.

**Momoh:**    I don't guess they were tryin to hide it, because ahm, but see, I don't know what they drove when they went shopping.

**#2**    Okay.

**Momoh:**    I don't know what they drove when they went shopping, I know they didn't drive my car. Because ah, my Volvo's running hot, in the daytime. You know, and I don't really know what's wrong with it now. But I did drive to the movie, cause it's at night, you know and it's cool.

**#2**    You made several phone calls from the motel or someone did?

**Momoh:**    I did,

**#2**    Was it two?

**Momoh:**    Uh huh, I was callin my sister ah and ah my Aunt, to tell them the big mess I'm in.

**#2**    Okay.  You called someone in Utah.

**Momoh:**    Uh huh, that's my Aunt.  I was talkin about.

**#2**    That's your Aunt.

PAGE 27

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

**Momoh:** Uh huh. Yeah.

**#2** So what, what you're sayin Carolyn, nobody, none of them has told you what happened?

**Momoh:** Uh uh.

**#2** Ah, but in your mind you know something happened?

**Momoh:** I know something happened and I know that he was not honest with me, when ahm, before I left Houston, but what I honestly thought I don't know, I guess I just, it was just sort of a feeling cause I was thinking to myself I was wanting to believe what he said about his probation, I was wanting to believe that. But then ...

**#2** Well, that's logical. You know.

**Momoh:** But then, I was thinkin did they rob somebody, I was thinkin that maybe they had robbed somebody,

**#2** Let me ask you this, when they got, when they arrived there that night

**Momoh:** Uh huh.

**#2** that morning, rather Saturday morning.

**Momoh:** It wasn't too far before day.

**#2** Saturday morning

**Momoh:** Uh huh.

**#2** about that is not too long before day?

**Momoh:** Uh huh.

**#2** Saturday morning,

**Momoh:** Uh huh.

**#2** then stayed all day. Well, what were their plans when when, what were their plans on leaving when they got there?

**Momoh:** Well, I asked them, well no, I asked them I said well you know how long you gonna be down here, he's says ah I remember askin him that, ah he says well we're gonna be here for a couple of days. He says probably about three

PAGE 28

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

or four days. I said oh, I said what you gonna do, he says oh just sort of kickin back you know, just on vacation. So, I said oh okay. And then later on I went out to the garage for something, and I noticed they were drivin a van, so I came back in and I said that is really a nice van. And this was Saturday, I said ah, Grace was off, Grace was at the house as a matter of fact when I made that statement. I said ah, if you all aren't doing anything tomorrow, I said can I borrow the van? I said cause I'm gonna have to go to ah to Galveston. You know. And tomorrow would have been Sunday. That's what I was talkin about because it was Fathers day. And I was tryin to do something spiteful to the husband I'm divorcing so he wouldn't see the children on Fathers day. So, I was gonna take them to to the beach. So, he says ah he says yeah. I said well, how many does it seat? Ah, I don't remember what he said. So, Grace said well, you know, I get off at 7 o'clock and I want to go. So, we had planned all go to the beach that Sunday in the van. You know. But plans changed swiftly. Because I called Grace that Saturday night, after I had gotten back from the movies and stuff, you know, he was trying to get me to take the van and I called her from work and I was talkin to her just sort of strange on the phone, cause like I said Grace is an RN and ahm, you know, I didn't want to say really anything to her on the phone. But I was tryin to give her the message that you know, he was in some kind of bind or somethin, cause he wanted me to take the van back.

#2          Was ah, was any of the others, did they have a conversation with you about bringing the van back? Dud or or or ah

Momoh:      Not Maleik

#2          Maleik or

Momoh:      Uh uh.

#2          Tony

Momoh:      Not Maleik ah, Maleik's probably entire conversation the entire time he was there was about girls ah

#2          What about Dud, this guy Dud?

Momoh:      I remember Dud being real anxious for me to get that van back. Tony you know just sort of it was just like he was just sort of ...

PAGE 29

## INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

**#2**       Did Dud talk to you about gettin it back?

**Momoh:**   Uh uh.  He was just mo ah,

**#2**       Who did he call after he apparently arrived back here who
             did he call, who did he talk with long distance

**Momoh:**   Me.

**#2**       He talked with you?

**Momoh:**   He talked to me.

**#2**       Okay, what was that conversation?

**Momoh:**   He called me on the phone ah, I was gettin stuff in the
             van, and I believe he called me collect, I do believe it
             was collect, and I found that strange and ah he said ah
             Carolyn this is Dud, I said yeah.  What time you leavin?
             I said I don't know, just like that, I said I don't know
             what time I'm leavin.  He says well you know you you ah
             you sort of need to go on and get that van on back.  I
             said yeah, I know, I said you know, Squirt told me, I
             said but you know I don't know what time I'm leavin.  I
             said you know, whatever you need to know you need to ask
             Squirt.  You know.  And he called again, before I left.
             Now how long does it take to put one suitcase in a van.

**#2**       So, he called again?

**Momoh:**   He called again.

**#2**       Shortly after the first.

**Momoh:**   Shortly after the first time.

**#2**       What did he say then?

**Momoh:**   Same thing, wantin to know exactly when I was leavin.

**#2**       Well, did he call collect that time?

**Momoh:**   I don't know.  I don't know, but I remember tellin

**#2**       But do you ah, do you think the first one was collect?

**Momoh:**   I do believe so.

**#2**       Let me ask you, would you, when you get your phone bill
             would you keep that phone bill for us?

PAGE 30

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

Momoh:     Definately.

#2         Appreciate it.

Momoh:     Definately, I'll do that. Cause I remember sayin, to to
           ah Serisa and and ah Grace in the in the garage just
           before I left, I said why the hell does Dud keep callin
           me? Wantin to know exactly when I'm leavin.

#2         How many times did he call?

Momoh:     Twice.

#2         Twice?

Momoh:     Yeah. And remember I said that, that's when I was pullin
           out of the garage, in the van and my sister Grace was
           standin there because she was gonna move her car on back
           up in her slot, you know beside mine. And I told her, I
           said now Grace, I said when I get to ahm there's a little
           ah ah a little place in Louisiana we always stop and gas
           up and stuff, they even have clean restrooms and we
           always just stop there. You know. I said when I get to
           ah what the hell is the name of that place, (inaudible)
           I said I'm gonna call you, let you know we're okay and
           everything. You know. Well, we got there and I put some
           more gas in the van, let the children go to the bathroom,
           get them some food, I called from there, and the phone
           rang, and rang and rang and rang and rang, and nobody
           answered. I was like God you know where's Grace? Okay,
           so I drove on and I went into Hattesburg, and I said,
           well you know I have to call Gracie let her know we're
           okay. Ahm, or anything like that, because I was drivin
           sort of unusually slow because I have a four month old
           and he's real attached to me and Lisa wasn't doin to much
           of a good job, so I was basically drivin and havin to
           take care of my four month old too, you know what I mean.
           So, it it was dark, almost dark, really dark when we got
           into Hattesburg so I stopped and I called her, and I was
           askin where she was or whatever, and she said I must have
           been in the shower. And she said to me at that point
           that ahm, that Dud had called her, wantin to know if we
           had left or not. And I said to her, why is he callin?
           You know. Why is he callin? And Serisa was sittin over
           there and she was shakin her head, she said I'm tellin
           you there's more to it than what they're tellin us. You
           know.

#2         Do you think Serisa, they told her something more than
           they more and she just didn't tell you or do you think

PAGE 31

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

she would have told you, if they had told her anything?

Momoh:   I've thought about that too, I don't think that ...

#2       Did she appear to know more than you?

Momoh:   I don't think so.  She just kept tellin me that's your
         half brother, but it's my whole brother and I know him.
         That's all she said.  She said he's my whole brother and
         I know him.

#2       Arthur's your half brother?

Momoh:   Uh huh.  From the marriage after my mother.  All three of
         them Serisa, the one down in (inaudible) and and and ah
         AJ.  I don't thind they, I don't think she would have
         left with me, I think she would have just refused to go
         if she had known something, I don't think she would have
         put herself in that position.  I don't think you know, I
         can't, I can't be certain about it.

#2       And then you got a, you got a cab from somewhere here in
         ah

Momoh:   Yeah.

#2       Tell me about that.

Momoh:   Ah, after she took the van over to her friends house,
         this Mary person, then I told her I said look, I'm either
         gonna go to my mothers house or I'm gonna get a plane and
         go on back to Houston.  I said Grace is gonna have to
         send me some money and I'm gonna have to go on back to
         Houston.  I said because I'm not gonna play this game,
         sit up at some friends house, I said I'm not comfortable
         sittin in somebody's house, when their at work.  So, she
         managed to get in touch with the, with the ah, no she
         didn't get in touch with him cause he didn't have a
         phone.  He called, she had evidently had been trying to,
         while she'd been over there, trying to get in touch with
         her brother Melvil, try to find out what was goin on.
         So, ah, I guess she must have left the phone number of
         this friend, and he called.  So, I talked to him on the
         phone and I told him, you know cause he was tellin me he
         says you know that's really some nasty stuff we did to
         you all, he said just left you all holdin the bag like
         that.  You know.  He said that he had spoke to him last
         night,

#2       Who, who was this Carolyn?

PAGE 32

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

Momoh:   This is the brother (inaudible)

#2       But he had talked with him?

Momoh:   Said that he had spoke with him last night,

#2       Talkin about AJ?

Momoh:   AJ.  You know

#2       Go ahead.

Momoh:   But he didn't say really what they had spoke about, but you know I told him I said you know, what is the whole story? He said well you haven't seen the news? Well, hell no, we haven't seen the news, we've been drivin all this time, you know what I mean.  And I still haven't seen the news.  I bet you my mother seen the news.

#2       So did did Johnny know, did Johnny know what was goin on?

Momoh:   You know, I don't believe he did.  I tell you why I say that,

### END OF SIDE TWO OF TAPE ONE

### SIDE ONE OF TAPE TWO

Momoh:   (inaudible) he told me down at his house, that ah

#1       Interview re-started at 6:18 PM.

#2       Okay, just a minute Carolyn, it cut off there, you said that he, you don't think he did.

Momoh:   I don't think he did.  Because he said to me that ah they told him that ah they were goin just to you know, cut out for a while just relax for a while in Houston.  He said you know they were supposed to take me, you know, just to just to hang out for for a while, and he says and ...

         (inaudible talking in backhground)

Momoh:   and ah he said they left me.  You know.  I said well you know you were sort of lucky.  And now you asked me about the cab, I I got cut off there.

#2       Okay.

PAGE 33

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

Momoh:   So, he called while we were at that Mary's house, because
see I could only stay in the hotel until twelve o'clock.
This, Serisa's friend, had to go to work for ten thirty,
and if she had let that girl go to work, she wouldn't
have had to wait to come back to pick me up at the motel,
you see.  So she had to come on and pick me up before
twelve o'clock, and take me over there while we had a
car, because we were stranded.  You know.  So we went
over to her house, and I told her, I said I don't like
this, I don't like this, I said we either goin on back to
Houston, or I am goin to my mothers house.  Because I
have my two children, and I cannot have them around like
this.  My son (inaudible) had not eaten yet, I've been
givin him bottles on top of bottles, you can't act like
that.  You see, you just can't do that.  But, I had to go
there because I'm still tryin to unravel you know, what's
goin on here, you know, when I go there I want to have
some perspective in my mind, what to say to my mother.

#2       Let me ask you somethin, Carolyn, why would, why would
Johnny, why would Johnny tell us that he rented the van
for Serisa to go to Hous ...

Momoh:   Tryin to cover up for her.  He's tryin to cover up for
him, but you know, they already know you know, I don't
think AJ has really admitted anything to anybody.  If so,
I've been with Serisa all this time, if he admit anything
to her I guess he did it before I got back from the
movies or something.

#2       Alright, well we talked with him this morning,

Momoh:   Okay.

#2       Or this afternoon, whatever.  Before you came in.

Momoh:   Okay, but you know he said ...

#2       And he said that he, Johnny (inaudible) is it Johnny, a
(inaudible) guy

Momoh:   That must be the Uncle,

#2       Ronny Hurst

Momoh:   Uh huh,

#2       That he went to the place and rented the van, Johnny
says, so Serisa could go visit you.

PAGE 34

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

**Momoh:** She's been there four or five weeks. Ah, you know, both of them are very upset, I'm bein very honest with you.

**#2** So, that's not true, that's not true.

**Momoh:** Because you know, I told him, let me just back up a minute here,

**#2** Okay.

**Momoh:** You know, I talked to him on the phone, and I said look I don't like this, I said I don't like sittin up at somebody's house when they're at work, I said it's like I'm han, I'm hidin out or somethin, I said and I haven't done anything. You know. I have children I said my my my, I said Marvin is down to three bottles now, you know. I said I don't even have a way to get around, I'm not used to this. You know. I says so, if you don't mind I would like to come out to your house, I said at least we're related and you know, if they knock something over at your house I wouldn't feel as bad as being in somebody's house I don't know. You know. So then we tried ah, couple of Serisa's friends she tried to call to take us to my uncle, we couldn't anybody to take us. So we ended up callin a cab. To take us to my Uncle. And then when I got there, he was askin me, he says why did you let him stick you with that van? He says why, he says you know, why did you all put these children in the van and bring them all the way to Alabama like that? And I told him, I said I asked him if that van was hot. Well, he says you know you've always taken up for Squirt, and you believe everything he's ever said, he said I've been tellin you all the time, he wasn't any good, this that and the other. So, I asked him I said well, that's when I found out that ah, cause Squirt had told me that the Uncle rented the van. But that's when I found out this point, that it was, it was Johnny and the Uncle that rented the van.

**#2** Okay, Carolyn,

**Momoh:** And the Uncle's very upset about that van, because Johnny told me that the guy is on probation and he's not gonna do any time for something that somebody else has done. You know, but they tryin to save AJ.

**#2** I understand. But now, but ah, I forgot what I was gonna say. I can't think of what it was right now, do you know what I was talkin about (inaudible)

PAGE 35

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

**#1**   (inaudible)

**Momoh:** I was tellin you about the Uncle bein upset cause he was on probation ah,

**#2**   Oh, I know what I was gonna ask, these trips up there to your, Houston have been fairly frequent, by Dudley and I don't know Arthur or not, but but this Dudley, has Arthur been there frequently with him and maybe stayed overnight with you? Before this?

**Momoh:** I know, that they've been there before, they've been to my house before. But, I know sometimes AJ will come to Houston and call me but never come there.

**#2**   Okay. Would you know who he would be with?

**Momoh:** Uh uh. Ah, sometimes he would call me, he says you know I'm just in town you know, ah, but I'm not comin by and I'd just say okay, and I say you all right, and he'd say yeah, I'm okay. Ah, he never really discusses anything with me.

**#2**   Do you know if he, do you know ah is he involved with drugs?

**Momoh:** I can't say yes, and I can't say no.

**#2**   To use or to sell or ...

**Momoh:** I believe him to be clean, as far as not bein a user.

**#2**   Okay.

**Momoh:** Okay, I've never seen him in possession of any, or anything like that and I've never seen him use and ah I think I maybe, I think, especially my sister would have picked up on it if he was using. Because that's her business.

**#2**   How many times has Dudley been out there with him that he came by your house? (inaudible) and Dudley.

**Momoh:** Dudley, (inaudible) twice. This Maleik fellow, I think that was the first time I've seen him. No, this is the second time I've seen him, because I came home ... me, my sister and I, we probably been home ah oh I've been home, this is my second trip this year. My sister's been here probably three times this year because we had an Aunt that died in January. And my grandmother's terminally

PAGE 36

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

ill on my mothers side of the family.  And she, my children, my two children are her only great grandchildren and she asks to see them constantly, and we come and we bring them as often as we can.  So, I was here probably about, well when I, when, when Serisa went back with us, what's that five, six weeks ago? Ahm, and I went to visit their mother and that's the first time I saw that guy ah Maleik.

#2       Okay, Maleik.

Momoh:   Yeah.  They were at his house up there.

#2       But how many times did Dud and ah AJ

Momoh:   Been there together?

#2       Been there together?

Momoh:   Now, been in Houston together I can't say.

#2       Okay, to your residence.

Momoh:   I think it was three times.

#2       Okay, over what period of time? Just roughly, within the last three months, four?

Momoh:   I tell you what the first time they came to Houston, I can tell you the first time they came to Houston, my sister got them to ride back to her, back with her from Alabama.  Right after my Aunt died in January.  I had just got out of the hospital, ah, what's that four day hospital stay, ahm, must have been what 26th 28th something like that of January.  To my knowledge that was the first, that was the first time I had ever seen Dud, and that was the first time to my knowledge they'd ever been to Houston.

#2       How long did they stay then?

Momoh:   They stayed the night with us, they stayed the night.

#2       How did they get back?

Momoh:   They flew back, see cause they rode down the Grace.

#2       Okay.

Momoh:   You know.

PAGE 37

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

**#2**    And so, three times ah, other than this past time, do they usually, do they usually drive out or they fly out and fly back or?

**Momoh:**    Dud had a red car and he drove to Houston one time, and ended up gettin a flat or somethin and the tires were real expensive and he had to leave it there, two or three days or somethin like that, I think they always had a car. It was all, everytime I seen them it was like a rental car, but it was always a car.

**#2**    Okay. How did ahm, did you see any difference in Dud any difference in the way he his demeanor or his, the way he acted when you got back from the movie that night? In Dud? Did he appear to be afraid or ...

**Momoh:**    Didn't anybody, no uh uh.

**#2**    Or upset or worried or ...

**Momoh:**    I wouldn't say that.

**#2**    (inaudible) or anything like that?

**Momoh:**    No. Uh uh, cause when AJ was tryin to convince me to bring that van back he was just sort of, anxious lookin for me to say yeah, I'll bring that van back.

**#2**    Okay.

**Momoh:**    And it wasn't worried, it wasn't ...

**#2**    Now, let me, let me go back over, they left, they left about what time, (inaudible) Saturday night, goin out, the three?

**Momoh:**    Okay, that's what I'm not quite sure of, maybe if you talk to my sister or somethin, you know she could tell you, if they were there when she went to work for 7 o'clock. You know what, I don't think they were there when Grace went to work for 7 o'clock, I really don't think so, because no, they wasn't there. I say that now because I'm remembering when Grace left and went to work for 7 o'clock, Serisa and her daughter was already gone, and I was thinkin to myself who am I gonna get to go to the movies with me. And there was nobody around. Now, I don't know if they had come in from shopping at that time, or not.

**#2**    Okay.

PAGE 38

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

**Momoh:** You know. I guess what I'm tryin to say to you is ah, I don't know if Grace had already gone to work and they came in from shopping, then went out or I don't remember if ah, I I don't remember before or after 7 I just don't.

**#2** Did they, did they eat at your residence that night?

**Momoh:** The night of the movie? They had been basically eating all day.

**#2** Okay. Okay, what you, what you recall though basically, they did go out the three of them, and Maleik, Maleik

**Momoh:** He didn't go

**#2** He didn't go.

**Momoh:** No, no he didn't go.

**#2** Alright, and he was there when you left goin to the movie?

**Momoh:** Uh huh.

**#2** Alright, when you returned from the movie, they were there?

**Momoh:** Everybody was there.

**#2** You don't know what time he, they got there?

**Momoh:** Uh uh.

**#2** Was anybody there, who went to the movie with you?

**Momoh:** My daughter, the four month old and Vanessa.

**#2** Where was ah,

**Momoh:** Maleik was at the house.  I left him there, when I went to the movie.

**#2** Your sister?

**Momoh:** She, remember she and the ah the little girl had gone over to the Aunt of that little girl.

**#2** Okay.

**Momoh:** Now she left, she was gone before Grace even went to work

PAGE 39

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

at 7 o'clock.

#2      But you don't know really what time they came back? You
        were at the movies.

Momoh:  I can't say, I can't say what time they came back.

#2      Okay.

Momoh:  They, they, they were there when I got there.

#2      Alright, all of them?

Momoh:  All of them.

#2      Including, including ah, what's your sisters name?

Momoh:  Serisa.

#2      Serisa.  She was there.

Momoh:  She was there also.

#2      So, she should know, she may know when they came in.

Momoh:  She should.

#2      Okay.  But anyway,

Momoh:  Unless they got there before she got in.

#2      Anyway, when you got back roughly in your opinion it was
        around what 1 o'clock? 1:30 maybe?

Momoh:  It couldn't have been, I don't think it was that late,
        because like I said it was a two hour and fifteen minute
        movie, it started at what 10:15 that's what 11:15, 12:15,
        ah what get the kids, get out of the movie, yeah you
        know.

#2      Around quarter to one, or something like that when you
        arrived home?

Momoh:  Around one ish you know.

#2      Okay.  Ah, at one o'clock you arrive home, at 4 o'clock
        Dud and this other guy they got to leave go to the
        airport there abouts, 4:30 or something?

Momoh:  I don't think it was 4 o'clock in the morning.  Ahm, I

**PAGE 40**

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

can't attest to what time it was, I say it was like maybe five or six.

#2        Okay.

Momoh:    Somethin like that.

#2        Okay.

Momoh:    I remember hearin them leave, you know.

#2        Well they, they kind of left in a hurry?

Momoh:    Sort of.  Sort of, yeah, I remember sayin hell no, I'm not goin to the airport this time of the morning.  You know.

#2        And you think they got a cab?

Momoh:    I believe so.  Well, unless they knew somebody that was gonna come pick them up.

#2        Okay, you you really don't know how they got there?

Momoh:    I don't.

#2        But you know it was ah right on noon the following day, Sunday, or was it Saturday, Saturday rather, around noon you you you it was Sunday when you left? When you were gettin ready to leave?

Momoh:    When, when we pulled out from our driveway it was 11:57.

#2        Okay.  What time did Dud call you the first time?

Momoh:    It had to be maybe twenty minutes, twenty-five minutes before I got ready to leave.  Cause I was tryin to get the stuff in there.

#2        And it was, it was long distance?  You think it was collect?

Momoh:    I think it was collect.  I think it was collect.

#2        You said you would watch your bill for that?

Momoh:    Uh huh.

#2        And keep it for us.

PAGE 41

**INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392**

Momoh:  Uh huh.

#2  Okay, wa'd appreciate it.  Can you think of anything else we need to know Carolyn?

Momoh:  I just hope I'm not hurting these two.  Because I tried to help them, but you know.

#2  What do you mean hurting what two?

Momoh:  Serisa and Johnny.  You know.

#2  Well, I I just wish they'd tell us the truth. (inaudible) and I explained to them, just like I did you, you know.

Momoh:  I just didn't see any reason to come here and lie to you all.

#2  Right, not not on something like this.  And we ...

Momoh:  Because you know, I've never been in any trouble and I don't plan to be and I'm not gonna be watchin by back every time

#2  I mean,

Momoh:  I drive down the street, and get paranoid if I see a police car for something I'm not responsible for.

#2  Well, wa, we appreciate, we appreciate you being straightforward with us, and ah, and tellin us the truth. Ah, because there's no need of gettin yourself, I mean they used you,

Momoh:  She knows that.

#2  They used you.  And they shouldn't have done that.

Momoh:  She knows that very well.  She knows that very well.  And I hope she told the truth.

#2  And they shouldn't have done you that way.  Anyway we appreciate you ...

Momoh:  Well, he knows if he had told me that ah

#2  being honest with us.

Momoh:  that van was hot, there was no way I would have, I would

**PAGE 42**

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

have drivin that van here.

#2     Well, what is your, what's your phone number over there?

Momoh:     Ah, where? In Houston?

#2     In your home, yes.

Momoh:     Ah, it's 713-995-0912.

#2     And you're employed with ah where are you employed?

Momoh:     Ahm, I'm not employed right now.

#2     Well you were, you're on leave but where could we reach you at work? When you do go back, are you goin back to work?

Momoh:     No, no ah

#2     Where did you work?

Momoh:     Porter and Clements, a law firm.  I'm ah a legal programmer, a computer programmer.

#2     For Porter ...

Momoh:     Porter and Clements

#2     Porter and Clements?

Momoh:     Yeah.

#2     There in Houston?

Momoh:     There in Houston, that was my last employer.  But ah, before I got pregnant I had an accident and ahm, was havin medical problems so I said the best thing for me to do is just stop working for a while.

#2     Okay, I I thought you were going back to work there.

Momoh:     No, I I I have visions of ah working contract on my own for a while.

#2     Okay, we appreciate it Carol, you gonna be here for a while?

Momoh:     Now, you know, let me just ask this, cause see, I still don't know, and I don't know if it's even fair for me to

**PAGE 43**

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

ask you, but what did happen? I don't know, nobody has really just come out, you know,

#2      All I can tell you is there were four, four people murdered, there in Houston.  Two others were shot, they're still livin.  That's about all I can tell you Carolyn.  Other than, other than these these people were placed there in the area when this happened.

Momoh:  Were these people they knew?

#2      These people knew them too.

Momoh:  Black people, caucasion people,

#2      They were black.  That's my understanding of it

#1      That's my understanding

#2      I don't have anything, but that's the reason I told you, you know that's how serious it is.  And yes they have, they have, they have, they have witnesses.  I say in the area, I mean in the house.

Momoh:  I think there's more (inaudible) just shot four people?

#2      It appears that way.  They are, they are suspects, I mean very strong suspects.  I can't get into the details of it with you.

Momoh:  I don't understand, you know, if they didn't do it, why don't they just come in and talk to you? You know, runnin is not a good thing.

#2      No, well they, in my opinion, with what evidence they have over there, they did it, for sure.  And you know, it's just, and we will know ...

Momoh:  But they don't know anybody in Houston, oh let me shut up I don't know who they know in Houston.

#2      (inaudible) ah, but what I know right now, you know, from ah ...

Momoh:  Another thing,

#2      From what they have ...

Momoh:  Is anything I'm gonna say, is anything I said in this room gonna get out of this room? Cause like I said, you

PAGE 44

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

know, I've got to live ...

**#2**      Well,

**Momoh:**   And if they're on the run, I don't know where the hell they are, and they gonna do whatever they can to save their butts.

**#2**      No, not not, but I'm not sayin at court time, down the road somewhere that you may, you may be called as a witness (inaudible)

**Momoh:**   I understand that.

**#2**      But no, uh uh, your statement here no, we we wouldn't do you that way.

**Momoh:**   See, cause again, (inaudible) if they did, they don't care they'll do it again.

**#2**      You're right.

**Momoh:**   You know.

**#2**      And if you can help us any way, (inaudible) help us, (inaudible) you know

**Momoh:**   I just don't want to end up on a slab somewhere.

**#2**      Look you (inaudible) well, I don't want anybody else either, to end up laying on a slab. But you get in touch with us, we need to give them up, because they're gonna, they're gonna get killed themself, or they're gonna hurt somebody else. You know, if they didn't do this, they wouldn't be runnin, I mean that's ah, I mean what happened at your residence say and what you have heard, apparently they got a van with Alabama license plate, I don't know if they got the tag number.

**Momoh:**   They knew this when they send me down with this damn van.

**#2**      Yeah, they knew it. We appreciate, we appreciate what you can, you know, you call us if you can help us, feel like you want to help us. Or if you know where any of them are?

**Momoh:**   I don't know,

**#2**      And it'll be between us.

**PAGE 45**

INTERVIEW WITH CAROLINE MOMOH 6-22-92 #66563392

Momoh:      I haven't seen them.  You know, since like I said that
            they left, that ah ...

#2          You know, if you learn, we appreciate you callin.

#1          This is the end of this interview, the time is 6:43.